ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Florence.Nakakuni@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 0 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00135 HG |
| Plaintiff, ) | |
| vs. ) | ORDER FOR DISMISSAL |
| RAYMA FAALEALEA, ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against this defendant only on the ground(s) that the defendant pled guilty to a separate Information in accordance

with a plea agreement which also requires the United States to move to dismiss the Indictment.

The defendant is in custody on the charge(s) in the Information.

DATED: June 20, 2006 at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Florence T. Nakakuni
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE


United States v. Rayma Faalealea
Cr. No. 04-00135 HG
Order for Dismissal

copies:   United States Marshal
          Drug Enforcement Agency
          Attorney for Defendant

2